## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MICHAEL F. MURPHY On behalf of HIMSELF and All Others Similarly Situated, | ) ) ) ) | |
| *Plaintiff,* | ) ) | CIVIL ACTION CASE NO. 11-cv-519 |
| v. | ) ) | JURY TRIAL DEMANDED |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE and DAVIDSON COUNTY SHERIFF'S OFFICE | ) ) ) ) | JUDGE SHARP MAGISTRATE JUDGE KNOWLES |
| *Defendants.* | ) ) | |

## ORDER

For good cause shown, Plaintiffs' Motion to Permit Late-Filed Claims to Proceed in this Action Pursuant to 29 U.S.C. § 216(b), is GRANTED. It is hereby ordered that claims submitted in this action pursuant to 29 U.S.C. § 216(b) after April 17, 2012 and before May 16, 2012 (Doc. Nos. 90, 92, and 93) shall be deemed timely filed in this action.

All other matters are reserved.

_____

_____
JUDGE E. CLIFTON KNOWLES

_____
DATED

SUBMITTED FOR APPROVAL on May 17, 2012:

/s/ Scott P. Tift
**GEORGE E. BARRETT**
**DAVID W. GARRISON**
**SCOTT P. TIFT**
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201

1