IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL F. MURPHY, et al., ) | |
| ) | Case No. 3:11-0519 |
| v. ) | JUDGE SHARP |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY ) | |
| TENNESSEE, et al., ) | |

## O R D E R

Pursuant to the Joint Stipulation of Dismissal (Docket Entry No. ; 6) filed by the parties, opt-in Plaintiff Robert Moorman is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE