ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| VONDA NOEL On behalf of HERSELF and All Others Similarly Situated, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | CIVIL ACTION CASE NO. 3:11-cv-519 |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE and DAVIDSON COUNTY SHERIFF'S OFFICE, | ) ) ) ) ) ) | JUDGE SHARP MAGISTRATE JUDGE KNOWLES |
| *Defendants*. | ) ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff Vonda Noel moves this Court for an order allowing her to amend her pleadings by filing a Third Amended Collective and Class Action Complaint. A copy of Plaintiff's proposed Third Amended Collective and Class Action Complaint is attached to this Motion. Defendants do not oppose this Motion.

Plaintiff's proposed amendments do not seek to add any new claims or facts. Rather, in light of the stipulated dismissal of Michael Murphy as class representative in this action, the proposed amendments simply seek to delete all references to Mr. Murphy from the operative Complaint.

Because Plaintiff's Third Amended Complaint does not alter the substance of Plaintiff's claims in any way, and only more narrowly defines the allegations at issue, Defendants do not oppose her request for leave to file her Third Amended Complaint.

1