IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL F. MURPHY, et al., ) | |
| ) | Case No. 3:11-0519 |
| v. ) | JUDGE SHARP |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY ) | |
| TENNESSEE, et al., ) | |

**O R D E R**

Pursuant to the Stipulation of Voluntary Dismissal with Prejudice of Defendant Davidson County Sheriff's Office (Docket Entry No. 133) filed by the parties, Defendant Davidson County Sheriff's Office is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE