UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VONDA NOEL, et al., ) | |
| ) | NO. 3:11-0519 |
| v. ) | JUDGE SHARP |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE & DAVIDSON COUNTY ) | |

**O R D E R**

Pending before the Court is the Joint Motion for Approval of Class Notice (Docket No. 140).

The motion is GRANTED and the Court approves the proposed form and method of providing Notice to potential class members.

IT IS SO ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE