UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VONDA NOEL ) | |
| ) | |
| v. ) | Civil Action No. 3:11-0519 |
| ) | Judge Sharp/Knowles |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| TENNESSEE ) | |

**O R D E R**

Pending before the Court is a Joint Motion to Modify Case Management Order and to Set Trial Date. Docket Entry No. 141. This Motion is granted, and with permission of Judge Sharp, the trial date is continued. The following deadlines are extended as follows:

1. Dispositive Motions are due on or before November 5, 2013.

2. The jury trial is reset to **March 4, 2014, at 9:00 a.m.,** before the Honorable Kevin H. Sharp. The pretrial conference is reset to **February 10, 2014, at 2:00 p.m.**

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge