UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VONDA NOEL, et al., ) | |
| ) | NO. 3:11-0519 |
| v. ) | JUDGE SHARP |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE & DAVIDSON COUNTY ) | |

**O R D E R**

Pursuant to the Joint Stipulation of Dismissal (Docket No. 144) filed by the parties, opt-in plaintiff Lionel Farley is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE