TUV◌JÞÁÕÜŒVÖÖ
*Kevin H. Sharp*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| VONDA NOEL, On behalf of HERSELF and All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CLASS AND COLLECTIVE ACTION |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, ) ) ) ) | CASE NO. 3:11-cv-519 JUDGE SHARP MAGISTRATE JUDGE KNOWLES |
| Defendant. ) ) | |

### MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DECERTIFY COLLECTIVE ACTION

In Defendant's Reply to Plaintiff's Response to Defendant's Motion to Decertify the Collective Class (Doc. No. 160.), Defendant focuses, for the first time, on Defendant's claim that it pays a "salary" to its correctional officers for all regularly scheduled work, rather than paying for the shifts actually worked.

To address this newly framed argument, Plaintiff respectfully requests leave to file the attached, two-page Sur-Reply.

Dated: March 6, 2013

Respectfully submitted,

/s/ David W. Garrison
**GEORGE E. BARRETT
DAVID W. GARRISON
SCOTT P. TIFT
SETH M. HYATT**
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
(615) 244-2202
gbarrett@barrettjohnston.com
dgarrison@barrettjohnston.com

1