UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| VONDA NOEL, On behalf of HERSELF and All Others Similarly Situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE<br><br>   *Defendant*. | CLASS AND COLLECTIVE ACTION<br><br>CASE NO. 11-cv-519<br><br>JUDGE SHARP<br>MAGISTRATE JUDGE KNOWLES |

## [PROPOSED] AGREED ORDER

As evidenced by the signatures of counsel below, Plaintiff Vonda Noel, on behalf of herself and all others similarly situated, and Defendant Metropolitan Government of Nashville and Davidson County, Tennessee ("the Parties"), have agreed to amend the operative scheduling order in this matter by extending the expert disclosure deadlines by two months.

Finally, the Parties further agree that this Agreed Order will not affect the trial date in this matter, which is currently set to begin on March 4, 2014.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

That the following deadlines apply to the parties in this action:

1. Plaintiff's Expert Disclosure Deadline    July 22, 2013
2. Defendant's Expert Disclosure Deadline    August 21, 2013
3. Deadline for Expert Depositions    October 4, 2013

**IT IS SO ORDERED.**

1

Case 3:11-cv-00519   Document 177   Filed 03/26/13   Page 1 of 2 PageID #: 2535

ENTERED this the ___ day of March, 2013.

_____
E. CLIFTON KNOWLES
U.S. MAGISTRATE JUDGE


APPROVED FOR ENTRY BY:                                        Dated:  March 19, 2013

/s/ David W. Garrison
**GEORGE E. BARRETT**
**DAVID W. GARRISON**
**SCOTT P. TIFT**
**SETH M. HYATT**
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
(615) 244-2202
gbarrett@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com
*Counsel for Plaintiff*


/s/ Allison L. Bussell (w/ permission)
**ALLISON L. BUSSELL**
**CHRISTOPHER M. LACKEY**
**R. ALEX DICKERSON**
Metropolitan Legal Department
P O Box 196300
Nashville, TN 37219
(615) 862-6341
allison.bussell@nashville.gov
chris.lackey@nashville.gov
alex.dickerson@nashville.gov
*Counsel for Defendant*