UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| VONDA NOEL, On behalf of HERSELF and All Others Similarly Situated, ) ) ) *Plaintiff,* ) ) ) v. ) ) METROPOLITAN GOVERNMENT OF ) NASHVILLE AND DAVIDSON ) COUNTY, TENNESSEE, ) ) *Defendant.* ) ) | CLASS AND COLLECTIVE ACTION CASE NO. 3:11-cv-519 JUDGE SHARP MAGISTRATE JUDGE KNOWLES |

**PLAINTIFF'S MOTION TO ASCERTAIN STATUS OF PENDING JOINT MOTION**

Pursuant to the Court's Local Rule 7.01(c), Plaintiff hereby respectfully inquires as to the status of the parties' Joint Motion for Approval of Supplemental Class Notice. [Doc. No. 181.]

The parties filed the Joint Motion on April 3, 2013, thereby seeking Court approval to (1) inform newly discovered class members of their rights as class members, and (2) notify several correctional officers that they were mistakenly identified as class members when the initial class notice was mailed.

Plaintiff inquires as to the status of the Joint Motion in hopes of notifying those individuals whose rights may be affected by this litigation of their inclusion in the certified class as soon as possible. Should the Court grant this Joint Motion, Plaintiff will promptly deliver the approved notices to their designated recipients.

Defendant has authorized Plaintiff to notify the Court that Defendant does not oppose this motion.

1