UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| VONDA NOEL, On behalf of HERSELF and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | 
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, | ) ) ) ) |
| Defendant. | ) ) ) |

CLASS AND COLLECTIVE ACTION

CASE NO. 3:11-cv-519

JUDGE SHARP
MAGISTRATE JUDGE KNOWLES

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss Individual Opt-In Plaintiffs [Doc. No. 187.]. As evidenced by counsel's signatures below, the parties agree that the following individuals, who opted into this litigation pursuant to 29 U.S.C. § 216(b), do not meet the definition of the collective class conditionally certified by this Court.

| **FIRST** | **LAST** |
|---|---|
| Jermaine | Gant |
| Carla | Joseph |
| Demetrius | King |
| Sylvia | Laird |
| Daniel | McCollum |
| Elizabeth | Metzger |
| Josh | Robins |
| Victor | Wilson |

Therefore, for good cause shown, the parties' Joint Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the eight (8) individual opt-in plaintiffs listed above shall be dismissed from this litigation as opt-in plaintiffs, without prejudice, pursuant to Federal Rule of Civil Procedure 21.

1

IT IS FURTHER ORDERED that the dismissal of the eight (8) individuals listed above as opt-in plaintiffs in this litigation shall in no way affect their status as absent class members, if eligible, in the class certified under Federal Rule of Civil Procedure 23 in this litigation.

IT IS SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

APPROVED FOR REVIEW BY:

/s/ Scott P. Tift
**GEORGE E. BARRETT**
**DAVID W. GARRISON**
**SCOTT P. TIFT**
**SETH M. HYATT**
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
(615) 244-2202
gbarrett@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com

*Attorneys for Plaintiffs*


/s/ Allison L. Bussell by SPT w/ permission
**ALLISON L. BUSSELL**
**CHRISTOPHER M. LACKEY**
**R. ALEX DICKERSON**
Metropolitan Legal Department
P O Box 196300
Nashville, TN 37219
(615) 862-6341
allison.bussell@nashville.gov
chris.lackey@nashville.gov
alex.dickerson@nashville.gov

*Attorneys for Defendants*