UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| VONDA NOEL, On behalf of HERSELF and All Others Similarly Situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE,<br><br>    *Defendant.* | )<br>)<br>)<br>)<br>)<br>)  CLASS AND COLLECTIVE<br>)  ACTION<br>)<br>)  CASE NO. 3:11-cv-519<br>)<br>)<br>)  JUDGE SHARP<br>)  MAGISTRATE JUDGE KNOWLES<br>)<br>) |

**'''''''''''ORDER**

This matter is before the Court on the parties' Joint Motion to Stay Litigation of Plaintiffs' Collective Claims Brought under the FLSA and Tennessee State Law. Doc. No. 196. As evidenced by counsel's signatures below, the parties agree that the claims brought collectively on behalf of Plaintiff Noel and the 214 other plaintiffs who have opted into this litigation pursuant to 29 U.S.C. § 216(b) should be stayed until the final resolution of Plaintiff's Rule 23 class claims.

Therefore, for good cause shown, the parties' Joint Motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT the collective claims asserted in Paragraphs 87 through 110 of Plaintiff's Fourth Amended Collective and Class Action Complaint, Doc. No. 172, are stayed pending the final resolution of Plaintiff's Rule 23 class claims.

IT IS FURTHER ORDERED that the parties shall notify the Court within 30 days of final resolution of Plaintiff's Rule 23 class claims as to the status of Plaintiffs' collective claims and how the parties propose to proceed on such claims.

1

IT IS SO ORDERED.

                                                                             *[signature: Kevin H. Sharp]*
                                                                             KEVIN H. SHARP
                                                                             UNITED STATES DISTRICT JUDGE

APPROVED FOR REVIEW BY:

/s/ David W. Garrison
**GEORGE E. BARRETT**
**DAVID W. GARRISON**
**SCOTT P. TIFT**
**SETH M. HYATT**
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
(615) 244-2202
gbarrett@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com

*Attorneys for Plaintiffs*

/s/ Allison L. Bussell by DWG w/ permission
**ALLISON L. BUSSELL**
**CHRISTOPHER M. LACKEY**
**R. ALEX DICKERSON**
Metropolitan Legal Department
P.O. Box 196300
Nashville, TN 37219
(615) 862-6341
allison.bussell@nashville.gov
chris.lackey@nashville.gov
alex.dickerson@nashville.gov

*Attorneys for Defendant*