UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VONDA NOEL, On behalf of HERSELF and All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:11-cv-519 |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, ) ) ) ) | Judge Sharp |
| Defendant. ) | |

## ORDER

For the reasons explained in the accompanying memorandum, the Court DENIES Plaintiff's motion for summary judgment on the class's breach-of-contract claim. (Docket No. 201). The Court GRANTS Defendant's summary-judgment motion on the class's breach-of-contract claim but DENIES it on the class's unjust-enrichment claim. (Docket No. 213).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE