IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| VONDA NOEL, On behalf of HERSELF and All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) CLASS AND COLLECTIVE ) ACTION ) |
| v. | ) CASE NO. 11-cv-519 ) |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, | ) JUDGE SHARP ) MAGISTRATE JUDGE KNOWLES ) ) |
| Defendant. | ) |

## MOTION FOR ENLARGMENT OF THE PAGE-LIMITATION

Defendant, the Metropolitan Government of Nashville of Davidson County ("Metropolitan Government"), hereby moves this Honorable Court for enlargement of the page-limitation on memoranda outlined in Section III(C)(3) of the Court's Practice and Procedures Manual. Given the extent of Plaintiffs' arguments, the Metropolitan Government seeks leave to file a response memorandum that exceeds the Court's page limitation by a few lines of text.

The Metropolitan Government's response to Plaintiffs' motion to alter or amend addresses new issues that are implicated by Plaintiffs' motion, but that are not addressed in prior briefing. In an effort to streamline the briefing as much as possible, this response summarizes and/or incorporates by reference relevant arguments already addressed in previous briefing. Nevertheless, in an effort to provide the Court with a clear picture of the issues raised by the pending motions, the Metropolitan Government seeks leave to file a response memorandum that exceeds the page limitation by less than one page.