UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VONDA NOEL, On behalf of HERSELF and All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:11-cv-519 |
| METROPOLITAN GOVERNMENT OF ) NASHVILLE AND DAVIDSON ) COUNTY, TENNESSEE, ) ) | Judge Sharp |
| Defendant. ) | |

## ORDER

For the reasons explained in the accompanying memorandum, the Court DENIES Plaintiff's motion to alter or amend (Docket No. 267) and DENIES Metro's motion for reconsideration (Docket No. 260). By Order issued contemporaneously herewith, the Court will set this matter for a final pretrial conference and trial.

It is SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1