**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VONDA NOEL, et al.,** | ) | |
| | ) | **NO. 3:11-0519** |
| **v.** | ) | **JUDGE SHARP** |
| | ) | |
| **METROPOLITAN GOVERNMENT OF** | ) | |
| **NASHVILLE & DAVIDSON COUNTY** | ) | |

**O R D E R**

The jury trial in this matter is hereby scheduled for Tuesday, December16, 2014, at 9:00

a.m. with the final pretrial conference scheduled for Monday, December 8, 2014, at 1:30 p.m.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to

the trial date.

It is so ORDERED.

_Kevin H. Sharp_____

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE