IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| VONDA NOEL, on behalf of HERSELF and All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) CLASS AND COLLECTIVE<br>) ACTION<br>) |
| v. | ) CASE NO. 11-cv-519<br>) |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, | ) JUDGE SHARP<br>) MAGISTRATE JUDGE KNOWLES<br>)<br>) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE IN OPPOSITION TO
PLAINTIFFS' MOTION TO REFER CASE TO MEDIATION**

Defendant, the Metropolitan Government of Nashville and Davidson County, Tennessee ("Metropolitan Government"), opposes Plaintiffs' motion to refer this case to mediation. (Doc. No. 283.) The Parties have already privately mediated the claim that is currently pending before this Court, to no avail. Respectfully, the Metropolitan Government does not believe that additional private mediation efforts would be fruitful at this time. Plaintiffs are free to pursue informal settlement discussions with the Metropolitan Government at any time.

Respectfully Submitted,

**THE DEPARTMENT OF LAW OF THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY**
SAUL SOLOMON (#11689), DIRECTOR OF LAW

/s/ Allison L. Bussell
ALLISON L. BUSSELL (#23538)
CHRISTOPHER M. LACKEY (#26419)
R. ALEX DICKERSON (#27184)
Assistant Metropolitan Attorneys
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
*Counsel for Metropolitan Government*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been delivered via the CM/ECF system, on this the 18th day of July, 2014, to:

George E. Barrett
David W. Garrison
Scott P. Tift
Seth M. Hyatt
Barrett Johnston Martin & Garrison LLC
414 Union Street, Suite 900
Nashville, Tennessee 37219

/s/ Allison L. Bussell

2