UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| VONDA NOEL, On behalf of HERSELF and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | CLASS AND COLLECTIVE ACTION |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, | ) ) ) ) | CASE NO. 3:11-cv-519  JUDGE SHARP MAGISTRATE JUDGE KNOWLES |
| Defendant. | ) |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Refer Case to Mediation. Doc. No. 283. After considering the motion and upon good cause having been shown, the Court finds that Plaintiff's motion is well taken.

IT IS HEREBY ORDERED that the parties retain an experienced and trained mediator who can assist the parties in their evaluation of how this dispute could be resolved short of trial. This mediator is authorized to meet with the parties to this action and all other interested parties necessary to complete and approve of any resolution of this action. The parties are further ORDERED to complete their mediation by October 17, 2014 and report to the Court as to the status of their settlement discussions by October 24, 2014.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

*APPROVED FOR ENTRY:*

Dated: July 15, 2014

/s/ David W. Garrison
**GEORGE E. BARRETT**
**DAVID W. GARRISON**
**SCOTT P. TIFT**
**SETH M. HYATT**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
gbarrett@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com

*Attorneys for Plaintiff*